UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAUREN LUCANSKY | No. 23 CR 633<br><br>Magistrate Judge Jeffrey Cole |

**GOVERNMENT'S POSITION REGARDING THE MARCH 5, 2024**
**PRETRIAL SERVICES VIOLATION REPORT**

The UNITED STATES OF AMERICA, by and through its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, submits the following recommendations regarding the Pretrial Services violation report dated March 5, 2024.

1. The indictment in this case charges defendant Lauren Lucansky with conspiracy to distribute a controlled substance, and the distribution of a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. On December 19, 2023, defendant was arrested and had an initial appearance and arraignment. By agreement, that same day, the Court released defendant from custody with bond conditions. Defendant's release conditions include a prohibition from possessing or using a controlled substance, and a requirement that she participate in drug treatment as directed by Pretrial Services.

2. To date, Pretrial Services has identified the following violations of defendant's release conditions:

- On January 19, 2024, Pretrial Services filed a violation report stating that a January 8, 2024 drug screen tested positive for cocaine. Defendant

acknowledged using the substance. Pretrial Services recommended that defendant participate in an intensive outpatient treatment program.

- On February 5, 2024, Pretrial Services filed a second violation report stating that a January 18, 2024 drug screen tested positive for cocaine and marijuana. Defendant acknowledged using those substances. On February 7, 2024, the Court held a hearing. By agreement, the Court admonished defendant to refrain from using or possessing illegal drugs. Dkt. 58. The government did not ask that the Court take any adverse action on account of the violation report to give defendant time to enroll in a drug treatment program.

- On March 5, 2024, Pretrial Services filed a third violation report stating that defendant enrolled in an outpatient treatment program on February 8, 2024, and that a subsequent February 21, 2024 drug screen tested positive for cocaine. Defendant denied using cocaine despite the national laboratory's confirmation that the substance was in her system.

3. Defendant appears to have a substance abuse issue and has used cocaine through February 2024. Although the government has concerns about the frequency of the violation reports filed in this case, it is amenable to the Court giving defendant another admonishment to see whether her treatment program is having a positive effect. As disclosed by Pretrial Services, her March 1, 2024 drug screen (administered by the outside provider) was negative for controlled substances, which may indicate that defendant is taking positive steps towards recovery.

4. Going forward, to monitor defendant's compliance with her release conditions, the government recommends the following actions:

- That Pretrial Services update the Court at the March 15, 2024 hearing regarding the results of any additional drug screens performed by Pretrial Services or the outside treatment provider since March 1, 2024. The government also asks that Pretrial Services confirm with the outside provider that defendant is still participating in the program and attending all treatment sessions.

- That Pretrial Services file a status report every 30 days for the next 90 days to identify defendant's compliance with treatment and the results of drug tests (irrespective of whether the tests are positive or negative for controlled substances) so that any issues with compliance may be addressed in a timely manner.

- To set future Court hearings as necessary depending upon the updates received from Pretrial Services.

        Respectfully submitted,

        MORRIS PASQUAL
        Acting United States Attorney

By:   /s/ *Erin Kelly*
        ERIN KELLY
        Assistant U.S. Attorney
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604

Dated: March 13, 2024